■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE HENRY, Appellant. [630 NYS2d 944] —Appeal by the defendant from (1) a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered September 20, 1993, convicting him of attempted aggravated assault in the first degree, criminal possession of a weapon in the second degree, resisting arrest, and criminal possession of a controlled substance in the seventh degree under Indictment No. 11236/92, upon a jury verdict, and imposing sentence, and (2) an amended judgment of the same court, also rendered September 20, 1993, revoking a sentence of probation previously imposed by the same court (Douglass, J.), upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a weapon in the second degree under Indictment No. 17352/89. The appeal brings up for review the denial, after a hearing (Hall, J.), of that branch of the defendant's omnibus motion under Indictment No. 11236/92 which was to suppress physical evidence.

Ordered that the judgment and amended judgment are affirmed.

The defendant argues on appeal that he was entitled to have his *Mapp* hearing reopened. However, in the absence of additional pertinent facts indicating that the evidence admitted at the trial was the product of an illegal arrest *(see,* CPL 710.40 [4]), the Supreme Court properly denied the defendant's application to reopen the *Mapp* hearing.

The defendant's remaining contentions are without merit. Mangano, P. J., Joy, Krausman and Florio, JJ., concur.